## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy Lee Robinson a/k/a Timothy L. Robinson a/k/a Timothy Robinson<br>Melissa Ann Robinson f/k/a Melissa A. Mizell a/k/a Melissa A. Robinson a/k/a Melissa Robinson f/k/a Melissa Ann Mizell f/k/a Melissa Mizell<br>**Debtor(s)** | BK NO. 22-01843 MJC<br><br>Chapter 7 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
30 Sep 2022, 17:38:40, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322