Certificate Number: 17572-PAM-DE-036887595

Bankruptcy Case Number: 22-01843


17572-PAM-DE-036887595

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 7, 2022, at 2:12 o'clock PM PDT, Timothy L Robinson completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 7, 2022

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor