Certificate Number: 17572-PAM-DE-036887596

Bankruptcy Case Number: 22-01843



17572-PAM-DE-036887596

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on October 7, 2022, at 2:12 o'clock PM PDT, Melissa A Robinson completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 7, 2022

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor