United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 22-01843-MJC

Timothy Lee Robinson                                                      Chapter 7

Melissa Ann Robinson

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                                    Page 1 of 3

Date Rcvd: Feb 15, 2023                    Form ID: 318                                Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Timothy Lee Robinson, Melissa Ann Robinson, 123 Pulaski St, Hanover Township, PA 18706-5131 |
| 5497666 | Account Management Ser, 6101 Ball Rd Ste 207, Cypress, CA 90630-3965 |
| 5497676 | Dept of Ed/Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5497665 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5497664 | Robinson Melissa Ann, 123 Pulaski St, Hanover Township, PA 18706-5131 |
| 5497663 | Robinson Timothy Lee, 123 Pulaski St, Hanover Township, PA 18706-5131 |
| 5497695 | West Coast Surgical Specialist, 28078 Baxter Rd Ste 420, Murrieta, CA 92563-1404 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + EDI: RECOVERYCORP.COM | Feb 15 2023 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5497667 | Email/Text: backoffice@affirm.com | Feb 15 2023 18:39:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5497669 | EDI: AMSHER.COM | Feb 15 2023 23:44:00 | Amsher Collection Serv, 4524 Southlake Pkwy, Hoover, AL 35244-3270 |
| 5497670 | Email/Text: bankruptcy@calcoastcu.org | Feb 15 2023 18:39:00 | California Coast Credit Union, Attn: Bankruptcy, PO Box 502080, San Diego, CA 92150-2080 |
| 5497671 | Email/Text: bankruptcy@calcoastcu.org | Feb 15 2023 18:39:00 | California Coast Cu, 9201 Spectrum Center Blvd, San Diego, CA 92123-1407 |
| 5497672 | Email/Text: bevans@cdresource.com | Feb 15 2023 18:39:00 | Cbp Affiliated Service, 1246 Yellowstone Ave Ste, Pocatello, ID 83201-4374 |
| 5497673 | Email/Text: BKNotices@medamerica.com | Feb 15 2023 18:39:00 | Cep America California, 1601 Cummins Dr Ste D, Modesto, CA 95358-6411 |
| 5497674 | EDI: WFNNB.COM | Feb 15 2023 23:44:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5497675 | EDI: WFNNB.COM | Feb 15 2023 23:44:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 5497676 | EDI: MAXMSAIDV | Feb 15 2023 23:44:00 | Dept of Ed/Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5497678 | Email/Text: bk@iccu.com | Feb 15 2023 18:39:00 | Idaho Central Credit Union, Attn: Bankruptcy, PO Box 2469, Pocatello, ID 83206-2469 |
| 5497679 | Email/Text: PhotoID@idahopower.com | Feb 15 2023 18:39:00 | Idaho Power Company, 1221 W Idaho St, Boise, ID 83702-5627 |
| 5497677 | Email/Text: bk@iccu.com | Feb 15 2023 18:39:00 | Idaho Central Cr Un, PO Box 2469, Pocatello, ID 83206-2469 |
| 5497665 | Email/Text: mylawyer@jpplaw.com | | |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | Feb 15 2023 18:39:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5497680 | Email/Text: bankruptcy@marinerfinance.com | Feb 15 2023 18:39:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5497681 | Email/Text: bankruptcy@marinerfinance.com | Feb 15 2023 18:39:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5497682 | Email/Text: clarson@macu.com | Feb 15 2023 18:39:00 | Mountain America Credit Union, Attn: Bankruptcy, PO Box 2331, Sandy, UT 84091-2331 |
| 5497683 | Email/Text: clarson@macu.com | Feb 15 2023 18:39:00 | Mountain America Fcu, 660 S 200 E, Salt Lake City, UT 84111-3835 |
| 5497684 | EDI: NAVIENTFKASMSERV.COM | Feb 15 2023 23:44:00 | Navient Solutions Inc, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 5497685 | EDI: AGFINANCE.COM | Feb 15 2023 23:44:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5497686 | EDI: AGFINANCE.COM | Feb 15 2023 23:44:00 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5497687 | Email/PDF: ebnotices@pnmac.com | Feb 15 2023 18:53:40 | Pennymac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5497688 | + Email/PDF: ebnotices@pnmac.com | Feb 15 2023 18:53:27 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 5497689 | Email/Text: enotifications@santanderconsumerusa.com | Feb 15 2023 18:39:00 | Santander Consumer USA, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5497690 | Email/Text: enotifications@santanderconsumerusa.com | Feb 15 2023 18:39:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5497691 | EDI: RMSC.COM | Feb 15 2023 23:44:00 | Syncb/ashley Homestore, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5497912 | + EDI: RMSC.COM | Feb 15 2023 23:44:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5497692 | EDI: RMSC.COM | Feb 15 2023 23:44:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5497693 | EDI: AISTMBL.COM | Feb 15 2023 23:44:00 | T-Mobile, 12920 SE 38th St, Bellevue, WA 98006-1350 |
| 5497694 | Email/Text: bankruptcytn@wakeassoc.com | Feb 15 2023 18:39:00 | Wakefield & Associates, PO Box 50250, Knoxville, TN 37950-0250 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5497668 | * | Affirm Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Timothy Lee Robinson MyLawyer@JPPLaw.com  G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Melissa Ann Robinson MyLawyer@JPPLaw.com  G17727@notify.cincompass.com |
| Lisa Ann Rynard | larynard@larynardlaw.com  aburd@pkh.com,PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

Information to identify the case:

Debtor 1  **Timothy Lee Robinson**
First Name   Middle Name   Last Name

Debtor 2  **Melissa Ann Robinson**
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:  5:22–bk–01843–MJC

Social Security number or ITIN   xxx–xx–7991
EIN  _ _–_ _ _ _ _ _ _

Social Security number or ITIN   xxx–xx–4323
EIN  _ _–_ _ _ _ _ _ _

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Timothy Lee Robinson
aka Timothy L. Robinson, aka Timothy Robinson

Melissa Ann Robinson
aka Melissa A. Robinson, aka Melissa Robinson, fka Melissa A. Mizell, fka Melissa Ann Mizell, fka Melissa Mizell

**By the court:**

2/15/23

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318                   **Order of Discharge**                   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

| |
|---|
| **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.** |